GERTRUDE KULP BAESLER *ET AL.*, PLAINTIFFS-PETITIONERS, v. GLOBE INDEMNITY CO., DEFENDANT-RESPONDENT.

See same case below:  57 *N. J. Super.* 386.

*Mr. Vincent E. Hull* for the petitioners.

*Mr. Charles C. Stalter* and *Mr. Samuel Doan* for the respondent.

February 8, 1960.  Granted.

ALLAN F. JENSEN, PLAINTIFF-PETITIONER, v. SOMERSET HOSPITAL, DEFENDANT-RESPONDENT.

See same case below:  58 *N. J. Super.* 204.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Joseph A. Clarken, Jr.,* for the respondent.

February 8, 1960.  Denied.